IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENNETH HARRIS                                                                      PLAINTIFF

VS.                                                    CIVIL ACTION NO.: 4:14-cv-128-DMB-JMV

NATIONAL HOTEL AND CASINO, LLC                                           DEFENDANT

## ORDER

This matter is before the court, *sua sponte*, on the clerk's notice of default [11]. Plaintiff filed this action on September 2, 2014, alleging wrongful employment termination. The court granted his Motion to Proceed *In Forma Pauperis* [2] by order dated October 7, 2014 [6]. The clerk of court entered a notice of default on December 17, 2014, directing Plaintiff to request entry of default against Defendant. The notice further warned Plaintiff his failure to do so may result in his case against Defendant being dismissed. No activity has occurred in this case since that time.

The court finds it necessary to inform Plaintiff for a second time that entry of default must be requested by him in the form of a pleading filed with the court. The pleading may be as simple as a document sent to the court stating, "Please enter default." Plaintiff is also directed to consult the Federal Rules of Civil Procedure under the "Representing Yourself" tab on the court's website located at http://www.msnd.uscourts.gov/.

In light of the Plaintiff's *pro se* status, the court will allow him thirty (30) additional days from the date of this order to request entry of default against Defendant National Hotel and Casino. If Plaintiff fails to do so, the undersigned will recommend to the District Judge that this case be dismissed for failure to prosecute.

**SO ORDERED** this, the 13th day of January, 2015.

                                                  /s/Jane M. Virden
                                                  **UNITED STATES MAGISTRATE JUDGE**