**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KENNETH HARRIS**                                                **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.: 4:14-cv-128-DMB-JMV**

**NATIONAL HOTEL AND CASINO, LLC**                            **DEFENDANT**

**ORDER**

      This matter is before the court, *sua sponte*, on the clerk's entry of default [15].  In light of the Plaintiff's *pro se* status, the court finds it necessary to direct him to Federal Rule of Civil Procedure 55 and allow him sixty (60) days to comply with the rule.  If Plaintiff fails to do so, the undersigned will recommend to the District Judge that this case be dismissed for failure to prosecute.  Plaintiff is also reminded the Federal Rules of Civil Procedure can be found under the "Representing Yourself" tab on the court's website located at http://www.msnd.uscourts.gov/.

      **SO ORDERED** this, the 28th day of January, 2015.

                                                           /s/Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**