# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**KENNETH HARRIS**                                                                                       **PLAINTIFF**

**V.**                                                                              **NO. 4:14-CV-00128-DMB-JMV**

**NATIONAL HOTEL AND CASINO, LLC**                                         **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 4, 2015, U.S. Magistrate Judge Jane M. Virden issued a Report and Recommendation ("R&R") recommending that: (1) Defendant's Motion to Set Aside the Clerk's Entry of Default [20] be granted; and (2) Plaintiff's Motion for Default Judgment [19] be denied. Doc. #26. The R&R warned that "any … objections [to the R&R] are required to be in writing and must be filed within fourteen days of this date. Failure to timely file written objections … will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id.* at 4. A copy of the R&R was mailed to the pro se plaintiff via United States Postal Service on March 4, 2015. Plaintiff acknowledged receipt of the R&R on March 10, 2015. Doc. #29.

More than fourteen days have elapsed since service of the R&R and no objection thereto has been filed or served by any party. Accordingly, this Court's review of the R&R is limited to plain error. *See Molina-Uribe v. U.S.*, No. B:97-97, 2009 WL 3535498, at *15 (S.D. Tex. Sep. 10, 2009) ("In the absence of plain error, a party's failure to object timely to a Magistrate Judge's Report and Recommendation waives any right to further judicial review of that decision.") (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1997)).

The Court has reviewed the R&R and has found no plain error. Accordingly, the R&R is **APPROVED and ADOPTED** as the opinion of the court. Thus, Defendant's Motion to Set Aside the Clerk's Entry of Default [20] is **GRANTED** and Plaintiff's Motion for Default Judgment [19] is **DENIED**.

SO ORDERED, this 3rd day of April, 2015.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**